## Billing Summary

|  | Invoice# | Amount Due | Paid | Balance |
|---|---|---|---|---|
| June | 80908 | 287,874.11 | 200,000.00 | 87,874.11 |
| July | 80909 | 117,399.11 | - | 117,399.11 |
| Final | 80910 | 35,583.08 | - | 35,583.08 |
| Cost Credit | 80911 | 101,463.96 | - | 101,463.96 |
| Retention | 80912 | 55,395.47 | - | 55,395.47 |

**397,715.73**



PAID
C.U.#1312   $100,000   5-28-10

PAID
C.U.#1407   $100,000   8-1-10
C.U.#1439   $50,000    8-20-10

PAID
C.U.#1591   $100,000   12-2-10

TOTAL   $350,000 Paid As of 5-5-11