**EXHIBIT 1**

**PROVO SLEEP INN**
**LIEN CALCULATION**

| Invoice | Invoice Date | Due Date | Original Amount | Payments / Adjust Made | Amount Past Due |
|---|---|---|---|---|---|
| 80908 | 6/30/2009 | 7/15/2009 | $287,874.11 | $200,000.00 | $87,874.11 |
| 80909 | 7/31/2009 | 8/15/2009 | $117,399.11 | $0.00 | $117,399.11 |
| 80910 | 8/31/2009 | 9/15/2009 | $35,583.08 | $0.00 | $35,583.08 |
| 80911 | 8/31/2009 | 9/15/2009 | $101,463.96 | $0.00 | $101,463.96 |
| 80912 | 8/31/2009 | 9/15/2009 | $55,395.47 | $0.00 | $55,395.47 |

TOTAL AMOUNT DUE / LIEN AMOUNT: $397,715.73

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR 97045
(503) 607-1700   Fax (503) 607-1701

**INVOICE #:** 80908
**INVOICE DATE:** 06/30/09
**PERIOD TO:** 06/30/09
**APPLICATION #:** 8
**CONTRACT DATE:** 09/18/08
**DUE DATE:** 07/15/09

**BILL TO:** 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

**JOB:** 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 011000 | GENERAL REQUIREMENTS | 189,127.58 | 163,579.71 | 20,264.61 | | 183,844.32 | 97.2 | 5,283.26 | 6,022.81 |
| 012050 | PROFIT AND OVERHEAD | 163,804.60 | 108,602.45 | 24,898.30 | | 133,500.75 | 81.5 | 30,303.85 | |
| 012116 | CONTINGENCY ALLOW | 50,000.00 | | | | | 0.0 | 50,000.00 | |
| 013605 | GEN. LIABILITY INSUR | 10,200.00 | 6,762.60 | 1,550.40 | | 8,313.00 | 81.5 | 1,887.00 | |
| 022100 | SURVEYS | 2,000.00 | | | | | 0.0 | 2,000.00 | |
| 024000 | DEMO/STRUCTURE MOVE | 17,000.00 | 27,327.10 | 67.98 | | 27,395.08 | 161.1 | -10,395.08 | 734.75 |
| 033000 | CAST-IN-PLACE CONCRT | 77,108.90 | 84,333.48 | 1,484.50 | | 85,817.98 | 111.3 | -8,709.08 | 1,926.50 |
| 035413 | GYPSUM CEMENT UNDERL | 11,830.80 | 8,500.00 | | | 8,500.00 | 71.8 | 3,330.80 | 425.00 |
| 051000 | STRUC METAL FRAMING | 16,800.00 | 9,138.04 | | | 9,138.04 | 54.4 | 7,661.96 | |
| 05 | METAL RAILINGS | 18,205.00 | | 5,473.16 | | 5,473.16 | 30.1 | 12,731.84 | 49.50 |
| 057000 | DECORATIVE METAL | 520.00 | | | | | 0.0 | 520.00 | |
| 061000 | ROUGH CARPENTRY | 178,600.00 | 183,230.77 | | | 183,230.77 | 102.6 | -4,630.77 | 6,888.34 |
| 062200 | MILLWORK | 4,605.00 | | 1,457.73 | | 1,457.73 | 31.7 | 3,147.27 | |
| 066113 | CULTURED MARBLE FABR | 38,402.50 | 9,710.50 | 25,119.50 | | 34,830.00 | 90.7 | 3,572.50 | 1,151.20 |
| 072100 | THERMAL INSULATION | 15,098.00 | 14,098.00 | | | 14,098.00 | 93.4 | 1,000.00 | 704.90 |
| 072400 | EXT INSUL/FINISH SYS | 60,352.00 | 59,990.00 | | | 59,990.00 | 99.4 | 362.00 | 2,002.00 |
| 073113 | ASPHALT SHINGLE ROOF | 24,540.00 | 24,355.00 | | | 24,355.00 | 99.2 | 185.00 | 767.75 |
| 078400 | FIRESTOPPING | 1,800.00 | 1,083.38 | | | 1,083.38 | 60.2 | 716.62 | 37.25 |
| 081000 | DOORS & FRAMES | 61,483.40 | | 54,052.25 | | 54,052.25 | 87.9 | 7,431.15 | 147.00 |
| 084000 | ENTRANCES/STOREFRONT | 18,000.00 | 18,266.73 | 1,683.50 | | 19,950.23 | 110.8 | -1,950.23 | 996.68 |
| 085000 | WINDOWS | 26,192.00 | 11,951.23 | | | 11,951.23 | 45.6 | 14,240.77 | 54.50 |
| 087400 | CARD KEY ACCESS HARD | 11,408.10 | 4,339.74 | 5,566.75 | | 9,906.49 | 86.8 | 1,501.61 | |
| 088300 | MIRRORS | 1,728.00 | | | | | 0.0 | 1,728.00 | |
| 092116 | GYPSUM BOARD ASSEMBL | 102,205.66 | 69,120.00 | 3,205.00 | | 72,325.00 | 70.8 | 29,880.66 | 3,616.25 |
| 096800 | CARPETING | 51,735.80 | 17,100.00 | 3,115.43 | | 20,215.43 | 39.1 | 31,520.37 | 855.00 |
| 097216 | VINYL WALL COVERING | 16,800.00 | 3,826.80 | 85.10 | | 3,911.90 | 23.3 | 12,888.10 | 195.34 |
| 099100 | PAINTING | 32,293.80 | 32,611.89 | -12,361.87 | | 20,250.02 | 62.7 | 12,043.78 | 1,002.95 |
| 102816 | BATH ACCESSORIES | 4,900.00 | | | | | 0.0 | 4,900.00 | |
| 104416 | FIRE EXTINGUISHERS | 1,290.00 | 450.00 | | | 450.00 | 34.9 | 840.00 | |
| 123640 | STONE COUNTERTOPS | 18,340.00 | | 18,340.00 | | 18,340.00 | 100.0 | | 917.00 |
| 125400 | HOSPITALITY FURNITUR | 17,200.00 | 7,887.34 | 7,312.03 | | 15,199.37 | 88.4 | 2,000.63 | 17.25 |
| 131100 | SWIMMING POOLS | 64,450.00 | 43,699.79 | 10,879.60 | | 54,579.39 | 84.7 | 9,870.61 | 2,685.00 |
| 21 | FIRE SPRINKLER SYS | 50,400.00 | 25,500.00 | 2,220.00 | | 27,720.00 | 55.0 | 22,680.00 | 1,386.00 |
| 220500 | PLUMBING | 149,800.00 | 119,827.81 | 18,017.45 | | 137,845.26 | 92.0 | 11,954.74 | 6,892.27 |
| 230500 | HVAC | 60,963.00 | 48,583.08 | 17,211.92 | | 65,795.00 | 107.9 | -4,832.00 | 3,289.75 |
| 236200 | PKG CONDENSING UNITS | 19,904.13 | 16,970.23 | | | 16,970.23 | 85.3 | 2,933.90 | 91.75 |
| 260500 | ELECTRICAL | 144,200.00 | 55,400.00 | 55,002.47 | | 110,402.47 | 76.6 | 33,797.53 | 5,520.00 |

Jansen Construction Company  
of Utah  
418 Beavercreek Rd., Suite 104  
.egon City, OR  97045  
(503) 607-1700   Fax (503) 607-1701  

INVOICE #: 80908  
INVOICE DATE: 06/30/09  
PERIOD TO: 06/30/09  
APPLICATION #: 8  
CONTRACT DATE: 09/18/08  
DUE DATE: 07/15/09  
PAGE: 2  

BILL TO: 001  
Gary Patel  
La Quinta Inn  
1460 S. University Avenue  
Provo, UT  84601  

JOB: 809  
Provo Sleep Inn Addition  
1505 South 40 East  
Provo, UT  84606  

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 312300 | EXCAVATION & FILL | 100,971.60 | 47,073.87 | 16,416.55 | | 63,490.42 | 62.9 | 37,481.18 | 2,779.00 |
| 321313 | CONC SIDEWALKS/PAVE | 2,590.77 | 5,360.61 | 93.45 | | 5,454.06 | 210.5 | -2,863.29 | 258.00 |
| 329000 | PLANTING | 15,000.00 | | | | | 0.0 | 15,000.00 | |
| | TOTALS: | 1851,850.64 | 1228,680.15 | 281,155.81 | 0.00 | 1509,835.96 | 81.5 | 342,014.68 | 51,413.74 |
| C001 | Paint Exterior | 17,638.50 | | 16,035.58 | | 16,035.58 | 90.9 | 1,602.92 | 750.00 |
| | TOTALS: | 1869,489.14 | 1228,680.15 | 297,191.39 | 0.00 | 1525,871.54 | 81.6 | 343,617.60 | 52,163.74 |

PREVIOUS RETAINAGE.......$    42,846.46  
CURRENT BILLING..........$   297,191.39  
NEW RETAINAGE............$     9,317.28  

CONTRACTOR: _____ DATE: 7/10/09  

ARCHITECT: _____ DATE: _____  

ORIGINAL CONTRACT SUM....................$   1,851,850.64  
CHANGE BY CHANGE ORDER..................$       17,638.50  
CONTRACT SUM TO DATE....................$    1,869,489.14  
TOTAL COMPLETED & STORED TO DATE........$    1,525,871.54  
TOTAL RETAINAGE.........................$       52,163.74  
TOTAL EARNED LESS RETAINAGE.............$    1,473,707.80  
LESS PREVIOUS CERTIFICATES FOR PAYMENT..$    1,185,833.69  

CURRENT PAYMENT DUE.....................$      287,874.11  

**Thank you for your business!**

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR 97045
(503) 607-1700   Fax (503) 607-1701

INVOICE #: 80909
INVOICE DATE: 07/31/09
PERIOD TO: 07/31/09
APPLICATION #: 9
CONTRACT DATE: 09/18/08
DUE DATE: 08/15/09

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT 84601

JOB: 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT 84606

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 011000 | GENERAL REQUIREMENTS | 189,127.58 | 183,844.32 | 36,280.01 | | 220,124.33 | 116.4 | -30,996.75 | 7,081.95 |
| 012050 | PROFIT AND OVERHEAD | 163,804.60 | 133,500.75 | 30,303.85 | | 163,804.60 | 100.0 | | |
| 012116 | CONTINGENCY ALLOW | 50,000.00 | | | | | 0.0 | 50,000.00 | |
| 013605 | GEN. LIABILITY INSUR | 10,200.00 | 8,313.00 | 663.00 | | 8,976.00 | 88.0 | 1,224.00 | |
| 022100 | SURVEYS | 2,000.00 | | | | | 0.0 | 2,000.00 | |
| 024000 | DEMO/STRUCTURE MOVE | 17,000.00 | 27,395.08 | | | 27,395.08 | 161.1 | -10,395.08 | 734.75 |
| 033000 | CAST-IN-PLACE CONCRT | 77,108.90 | 85,817.98 | | | 85,817.98 | 111.3 | -8,709.08 | 1,926.50 |
| 035413 | GYPSUM CEMENT UNDERL | 11,830.80 | 8,500.00 | 44.06 | | 8,544.06 | 72.2 | 3,286.74 | 425.00 |
| 051000 | STRUC METAL FRAMING | 16,800.00 | 9,138.04 | | | 9,138.04 | 54.4 | 7,661.96 | |
| 055200 | METAL RAILINGS | 18,205.00 | 5,473.16 | 408.05 | | 5,881.21 | 32.3 | 12,323.79 | 49.50 |
| 057500 | DECORATIVE METAL | 520.00 | | | | | 0.0 | 520.00 | |
| 061000 | ROUGH CARPENTRY | 178,600.00 | 183,230.77 | 120.00 | | 183,350.77 | 102.7 | -4,750.77 | 6,894.34 |
| 062200 | MILLWORK | 4,605.00 | 1,457.73 | 2,645.57 | | 4,103.30 | 89.1 | 501.70 | 55.75 |
| 066113 | CULTURED MARBLE FABR | 38,402.50 | 34,830.00 | | | 34,830.00 | 90.7 | 3,572.50 | 1,151.20 |
| 072100 | THERMAL INSULATION | 15,098.00 | 14,098.00 | | | 14,098.00 | 93.4 | 1,000.00 | 704.90 |
| 072400 | EXT INSUL/FINISH SYS | 60,352.00 | 59,990.00 | 550.00 | | 60,540.00 | 100.3 | -188.00 | 2,029.50 |
| 073113 | ASPHALT SHINGLE ROOF | 24,540.00 | 24,355.00 | | | 24,355.00 | 99.2 | 185.00 | 767.75 |
| 078400 | FIRESTOPPING | 1,800.00 | 1,083.38 | 36.57 | | 1,119.95 | 62.2 | 680.05 | 37.25 |
| 081000 | DOORS & FRAMES | 61,483.40 | 54,052.25 | 3,338.64 | | 57,390.89 | 93.3 | 4,092.51 | 247.75 |
| 084000 | ENTRANCES/STOREFRONT | 18,000.00 | 19,950.23 | | | 19,950.23 | 110.8 | -1,950.23 | 996.68 |
| 085000 | WINDOWS | 26,192.00 | 11,951.23 | 140.00 | | 12,091.23 | 46.2 | 14,100.77 | 61.50 |
| 087400 | CARD KEY ACCESS HARD | 11,408.10 | 9,906.49 | 4,800.66 | | 14,707.15 | 128.9 | -3,299.05 | 6.00 |
| 088300 | MIRRORS | 1,728.00 | | | | | 0.0 | 1,728.00 | |
| 092116 | GYPSUM BOARD ASSEMBL | 102,205.66 | 72,325.00 | 2,185.00 | | 74,510.00 | 72.9 | 27,695.66 | 3,725.50 |
| 096800 | CARPETING | 51,735.80 | 20,215.43 | 787.85 | | 21,003.28 | 40.6 | 30,732.52 | 855.00 |
| 097216 | VINYL WALL COVERING | 16,800.00 | 3,911.90 | 1,908.61 | | 5,820.51 | 34.6 | 10,979.49 | 288.58 |
| 099100 | PAINTING | 32,293.80 | 20,250.02 | 703.26 | | 20,953.28 | 64.9 | 11,340.52 | 1,035.55 |
| 102816 | BATH ACCESSORIES | 4,900.00 | | 8,965.80 | | 8,965.80 | 183.0 | -4,065.80 | 187.75 |
| 104416 | FIRE EXTINGUISHERS | 1,290.00 | 450.00 | | | 450.00 | 34.9 | 840.00 | |
| 123640 | STONE COUNTERTOPS | 18,340.00 | 18,340.00 | | | 18,340.00 | 100.0 | | 917.00 |
| 125400 | HOSPITALITY FURNITUR | 17,200.00 | 15,199.37 | 9,889.72 | | 25,089.09 | 145.9 | -7,889.09 | 117.25 |
| 131100 | SWIMMING POOLS | 64,450.00 | 54,579.39 | 9.57 | | 54,588.96 | 84.7 | 9,861.04 | 2,685.00 |
| 211000 | FIRE SPRINKLER SYS | 50,400.00 | 27,720.00 | | | 27,720.00 | 55.0 | 22,680.00 | 1,386.00 |
| 220000 | PLUMBING | 149,800.00 | 137,845.26 | 1,552.84 | | 139,398.10 | 93.1 | 10,401.90 | 6,957.27 |
| 230500 | HVAC | 60,963.00 | 65,795.00 | | | 65,795.00 | 107.9 | -4,832.00 | 3,289.75 |
| 236200 | PKG CONDENSING UNITS | 19,904.13 | 16,970.23 | 162.60 | | 17,132.83 | 86.1 | 2,771.30 | 91.75 |
| 260500 | ELECTRICAL | 144,200.00 | 110,402.47 | 218.43 | | 110,620.90 | 76.7 | 33,579.10 | 5,520.00 |

```
Jansen Construction Company
of Utah
418 Beavercreek Rd., Suite 104
Oregon City, OR  97045
(503) 607-1700   Fax (503) 607-1701
```

INVOICE #: 80909
INVOICE DATE: 07/31/09
PERIOD TO: 07/31/09
APPLICATION #: 9
CONTRACT DATE: 09/18/08
DUE DATE: 08/15/09
PAGE: 2

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

JOB: 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 312300 | EXCAVATION & FILL | 100,971.60 | 63,490.42 | | | 63,490.42 | 62.9 | 37,481.18 | 2,779.00 |
| 321313 | CONC SIDEWALKS/PAVE | 2,590.77 | 5,454.06 | | | 5,454.06 | 210.5 | -2,863.29 | 258.00 |
| 329000 | PLANTING | 15,000.00 | | 13,535.00 | | 13,535.00 | 90.2 | 1,465.00 | |
| | TOTALS: | 1851,850.64 | 1509,835.96 | 119,249.09 | 0.00 | 1629,085.05 | 88.0 | 222,765.59 | 53,263.72 |
| C001 | Paint Exterior | 17,638.50 | 16,035.58 | | | 16,035.58 | 90.9 | 1,602.92 | 750.00 |
| | TOTALS: | 1869,489.14 | 1525,871.54 | 119,249.09 | 0.00 | 1645,120.63 | 88.0 | 224,368.51 | 54,013.72 |

PREVIOUS RETAINAGE.......$      52,163.74
CURRENT BILLING..........$     119,249.09
NEW RETAINAGE............$       1,849.98

CONTRACTOR: _C.Jansen_  DATE: 8/5/09

ARCHITECT: _____  DATE: _____

ORIGINAL CONTRACT SUM....................$   1,851,850.64
CHANGE BY CHANGE ORDER...................$      17,638.50
CONTRACT SUM TO DATE.....................$   1,869,489.14
TOTAL COMPLETED & STORED TO DATE.........$   1,645,120.63
TOTAL RETAINAGE..........................$      54,013.72
TOTAL EARNED LESS RETAINAGE..............$   1,591,106.91
LESS PREVIOUS CERTIFICATES FOR PAYMENT...$   1,473,707.80

CURRENT PAYMENT DUE......................$     117,399.11

**Thank you for your business!**

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR  97045
(503) 607-1700   Fax (503) 607-1701

INVOICE #: 80910
INVOICE DATE: 08/31/09
PERIOD TO: 08/31/09
APPLICATION #: 11
CONTRACT DATE: 09/18/08
DUE DATE: 09/15/09

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

JOB: 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 011000 | GENERAL REQUIREMENTS | 189,127.58 | 220,124.33 | 14,864.20 | | 234,988.53 | 124.2 | -45,860.95 | 7,602.20 |
| 012050 | PROFIT AND OVERHEAD | 163,804.60 | 163,804.60 | | | 163,804.60 | 100.0 | | |
| 012116 | CONTINGENCY ALLOW | 50,000.00 | | | | | 0.0 | 50,000.00 | |
| 013605 | GEN. LIABILITY INSUR | 10,200.00 | 8,976.00 | 102.00 | | 9,078.00 | 89.0 | 1,122.00 | |
| 022100 | SURVEYS | 2,000.00 | | | | | 0.0 | 2,000.00 | |
| 024000 | DEMO/STRUCTURE MOVE | 17,000.00 | 27,395.08 | | | 27,395.08 | 161.1 | -10,395.08 | 734.75 |
| 033000 | CAST-IN-PLACE CONCRT | 77,108.90 | 85,817.98 | 1,128.41 | | 86,946.39 | 112.8 | -9,837.49 | 1,926.50 |
| 035413 | GYPSUM CEMENT UNDERL | 11,830.80 | 8,544.06 | | | 8,544.06 | 72.2 | 3,286.74 | 425.00 |
| 051000 | STRUC METAL FRAMING | 16,800.00 | 9,138.04 | | | 9,138.04 | 54.4 | 7,661.96 | |
| 055200 | METAL RAILINGS | 18,205.00 | 5,881.21 | 19.87 | | 5,901.08 | 32.4 | 12,303.92 | 49.50 |
| 05 | DECORATIVE METAL | 520.00 | | | | | 0.0 | 520.00 | |
| 061000 | ROUGH CARPENTRY | 178,600.00 | 183,350.77 | -2,681.45 | | 180,669.32 | 101.2 | -2,069.32 | 6,745.24 |
| 062200 | MILLWORK | 4,605.00 | 4,103.30 | 425.66 | | 4,528.96 | 98.3 | 76.04 | 73.00 |
| 066113 | CULTURED MARBLE FABR | 38,402.50 | 34,830.00 | | | 34,830.00 | 90.7 | 3,572.50 | 1,151.20 |
| 072100 | THERMAL INSULATION | 15,098.00 | 14,098.00 | | | 14,098.00 | 93.4 | 1,000.00 | 704.90 |
| 072400 | EXT INSUL/FINISH SYS | 60,352.00 | 60,540.00 | | | 60,540.00 | 100.3 | -188.00 | 2,029.50 |
| 073113 | ASPHALT SHINGLE ROOF | 24,540.00 | 24,355.00 | 52.92 | | 24,407.92 | 99.5 | 132.08 | 767.75 |
| 078400 | FIRESTOPPING | 1,800.00 | 1,119.95 | 14.27 | | 1,134.22 | 63.0 | 665.78 | 37.25 |
| 081000 | DOORS & FRAMES | 61,483.40 | 57,390.89 | 1,052.28 | | 58,443.17 | 95.1 | 3,040.23 | 280.25 |
| 084000 | ENTRANCES/STOREFRONT | 18,000.00 | 19,950.23 | | | 19,950.23 | 110.8 | -1,950.23 | 996.68 |
| 085000 | WINDOWS | 26,192.00 | 12,091.23 | 192.33 | | 12,283.56 | 46.9 | 13,908.44 | 61.50 |
| 087400 | CARD KEY ACCESS HARD | 11,408.10 | 14,707.15 | -1,782.69 | | 12,924.46 | 113.3 | -1,516.36 | 6.00 |
| 088300 | MIRRORS | 1,728.00 | | | | | 0.0 | 1,728.00 | |
| 092116 | GYPSUM BOARD ASSEMBL | 102,205.66 | 74,510.00 | 1,360.76 | | 75,870.76 | 74.2 | 26,334.90 | 3,749.63 |
| 096800 | CARPETING | 51,735.80 | 21,003.28 | -1,992.36 | | 19,010.92 | 36.7 | 32,724.88 | 855.00 |
| 097216 | VINYL WALL COVERING | 16,800.00 | 5,820.51 | 2,463.37 | | 8,283.88 | 49.3 | 8,516.12 | 438.07 |
| 099100 | PAINTING | 32,293.80 | 20,953.28 | 212.77 | | 21,166.05 | 65.5 | 11,127.75 | 1,037.78 |
| 102816 | BATH ACCESSORIES | 4,900.00 | 8,965.80 | -514.46 | | 8,451.34 | 172.5 | -3,551.34 | 187.75 |
| 104416 | FIRE EXTINGUISHERS | 1,290.00 | 450.00 | | | 450.00 | 34.9 | 840.00 | |
| 123640 | STONE COUNTERTOPS | 18,340.00 | 18,340.00 | | | 18,340.00 | 100.0 | | 917.00 |
| 125400 | HOSPITALITY FURNITUR | 17,200.00 | 25,089.09 | -2,641.96 | | 22,447.13 | 130.5 | -5,247.13 | 117.25 |
| 131100 | SWIMMING POOLS | 64,450.00 | 54,588.96 | 10,070.09 | | 64,659.05 | 100.3 | -209.05 | 3,185.00 |
| 213 | FIRE SPRINKLER SYS | 50,400.00 | 27,720.00 | 320.50 | | 28,040.50 | 55.6 | 22,359.50 | 1,386.00 |
| 220 | PLUMBING | 149,800.00 | 139,398.10 | -718.14 | | 138,679.96 | 92.6 | 11,120.04 | 6,897.27 |
| 230500 | HVAC | 60,963.00 | 65,795.00 | -3,175.00 | | 62,620.00 | 102.7 | -1,657.00 | 3,131.00 |
| 236200 | PKG CONDENSING UNITS | 19,904.13 | 17,132.83 | 293.61 | | 17,426.44 | 87.6 | 2,477.69 | 91.75 |
| 260500 | ELECTRICAL | 144,200.00 | 110,620.90 | 770.69 | | 111,391.59 | 77.2 | 32,808.41 | 5,520.00 |

INVOICE #: 80910
INVOICE DATE: 08/31/09
PERIOD TO: 08/31/09
APPLICATION #: 11
CONTRACT DATE: 09/18/08
DUE DATE: 09/15/09
PAGE: 2

Jansen Construction Company
of Utah
418 Beavercreek Rd., Suite 104
Oregon City, OR 97045
(503) 607-1700  Fax (503) 607-1701

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT 84601

JOB: 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT 84606

### <<<< This Application >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 312300 | EXCAVATION & FILL | 100,971.60 | 63,490.42 | | | 63,490.42 | 62.9 | 37,481.18 | 2,779.00 |
| 321313 | CONC SIDEWALKS/PAVE | 2,590.77 | 5,454.06 | | | 5,454.06 | 210.5 | -2,863.29 | 258.00 |
| 329000 | PLANTING | 15,000.00 | 13,535.00 | | | 13,535.00 | 90.2 | 1,465.00 | |
| | TOTALS: | 1851,850.64 | 1629,085.05 | 19,837.67 | 0.00 | 1648,922.72 | 89.0 | 202,927.92 | 54,141.72 |
| C001 | Paint Exterior | 17,638.50 | 16,035.58 | 1,602.92 | | 17,638.50 | 100.0 | | 830.15 |
| C005 | Elect Lock Controler | 1,806.93 | | 1,806.93 | | 1,806.93 | 100.0 | | |
| C006 | Add bath and storage | 10,784.00 | | 10,784.00 | | 10,784.00 | 100.0 | | 423.60 |
| C0.. | Carpet Existing | 2,200.00 | | 2,200.00 | | 2,200.00 | 100.0 | | |
| C0.. | Pool Permit Fee | 733.31 | | 733.31 | | 733.31 | 100.0 | | |
| | TOTALS: | 1885,013.38 | 1645,120.63 | 36,964.83 | 0.00 | 1682,085.46 | 89.2 | 202,927.92 | 55,395.47 |

PREVIOUS RETAINAGE.......$  54,013.72
CURRENT BILLING..........$  36,964.83
NEW RETAINAGE............$   1,381.75

CONTRACTOR: _____  DATE: 9/10/09

ARCHITECT: _____  DATE: _____

ORIGINAL CONTRACT SUM....................$  1,851,850.64
CHANGE BY CHANGE ORDER..................$     33,162.74
CONTRACT SUM TO DATE....................$  1,885,013.38
TOTAL COMPLETED & STORED TO DATE........$  1,682,085.46
TOTAL RETAINAGE.........................$     55,395.47
TOTAL EARNED LESS RETAINAGE.............$  1,626,689.99
LESS PREVIOUS CERTIFICATES FOR PAYMENT..$  1,591,106.91
CURRENT PAYMENT DUE.....................$     35,583.08

**Thank you for your business!**

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR  97045
(503) 607-1700   Fax (503) 607-1701

INVOICE #: 80911
INVOICE DATE: 08/31/09
PERIOD TO: 08/31/09
APPLICATION #: 11
CONTRACT DATE: 09/18/08
DUE DATE: 09/15/09

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

JOB:  809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

<<<< *This Application* >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 011000 | GENERAL REQUIREMENTS | 189,127.58 | 234,988.53 | -45,860.95 | | 189,127.58 | 100.0 | | 7,602.20 |
| 012050 | PROFIT AND OVERHEAD | 163,804.60 | 163,804.60 | | | 163,804.60 | 100.0 | | |
| 012116 | CONTINGENCY ALLOW | 50,000.00 | | 50,000.00 | | 50,000.00 | 100.0 | | |
| 013605 | GEN. LIABILITY INSUR | 10,200.00 | 9,078.00 | 1,122.00 | | 10,200.00 | 100.0 | | |
| 022100 | SURVEYS | 2,000.00 | | 2,000.00 | | 2,000.00 | 100.0 | | |
| 024000 | DEMO/STRUCTURE MOVE | 17,000.00 | 27,395.08 | -10,395.08 | | 17,000.00 | 100.0 | | 734.75 |
| 033000 | CAST-IN-PLACE CONCRT | 77,108.90 | 86,946.39 | -9,837.49 | | 77,108.90 | 100.0 | | 1,926.50 |
| 035413 | GYPSUM CEMENT UNDERL | 11,830.80 | 8,544.06 | 3,286.74 | | 11,830.80 | 100.0 | | 425.00 |
| 051000 | STRUC METAL FRAMING | 16,800.00 | 9,138.04 | 7,661.96 | | 16,800.00 | 100.0 | | |
| 055200 | METAL RAILINGS | 18,205.00 | 5,901.08 | 12,303.92 | | 18,205.00 | 100.0 | | 49.50 |
| 05. | DECORATIVE METAL | 520.00 | | 520.00 | | 520.00 | 100.0 | | |
| 061000 | ROUGH CARPENTRY | 178,600.00 | 180,669.32 | -2,069.32 | | 178,600.00 | 100.0 | | 6,745.24 |
| 062200 | MILLWORK | 4,605.00 | 4,528.96 | 76.04 | | 4,605.00 | 100.0 | | 73.00 |
| 066113 | CULTURED MARBLE FABR | 38,402.50 | 34,830.00 | 3,572.50 | | 38,402.50 | 100.0 | | 1,151.20 |
| 072100 | THERMAL INSULATION | 15,098.00 | 14,098.00 | 1,000.00 | | 15,098.00 | 100.0 | | 704.90 |
| 072400 | EXT INSUL/FINISH SYS | 60,352.00 | 60,540.00 | -188.00 | | 60,352.00 | 100.0 | | 2,029.50 |
| 073113 | ASPHALT SHINGLE ROOF | 24,540.00 | 24,407.92 | 132.08 | | 24,540.00 | 100.0 | | 767.75 |
| 078400 | FIRESTOPPING | 1,800.00 | 1,134.22 | 665.78 | | 1,800.00 | 100.0 | | 37.25 |
| 081000 | DOORS & FRAMES | 61,483.40 | 58,443.17 | 3,040.23 | | 61,483.40 | 100.0 | | 280.25 |
| 084000 | ENTRANCES/STOREFRONT | 18,000.00 | 19,950.23 | -1,950.23 | | 18,000.00 | 100.0 | | 996.68 |
| 085000 | WINDOWS | 26,192.00 | 12,283.56 | 13,908.44 | | 26,192.00 | 100.0 | | 61.50 |
| 087400 | CARD KEY ACCESS HARD | 11,408.10 | 12,924.46 | -1,516.36 | | 11,408.10 | 100.0 | | 6.00 |
| 088300 | MIRRORS | 1,728.00 | | 1,728.00 | | 1,728.00 | 100.0 | | |
| 092116 | GYPSUM BOARD ASSEMBL | 102,205.66 | 75,870.76 | 26,334.90 | | 102,205.66 | 100.0 | | 3,749.63 |
| 096800 | CARPETING | 51,735.80 | 19,010.92 | 32,724.88 | | 51,735.80 | 100.0 | | 855.00 |
| 097216 | VINYL WALL COVERING | 16,800.00 | 8,283.88 | 8,516.12 | | 16,800.00 | 100.0 | | 438.07 |
| 099100 | PAINTING | 32,293.80 | 21,166.05 | 11,127.75 | | 32,293.80 | 100.0 | | 1,037.78 |
| 102816 | BATH ACCESSORIES | 4,900.00 | 8,451.34 | -3,551.34 | | 4,900.00 | 100.0 | | 187.75 |
| 104416 | FIRE EXTINGUISHERS | 1,290.00 | 450.00 | 840.00 | | 1,290.00 | 100.0 | | |
| 123640 | STONE COUNTERTOPS | 18,340.00 | 18,340.00 | | | 18,340.00 | 100.0 | | 917.00 |
| 125400 | HOSPITALITY FURNITUR | 17,200.00 | 22,447.13 | -5,247.13 | | 17,200.00 | 100.0 | | 117.25 |
| 131100 | SWIMMING POOLS | 64,450.00 | 64,659.05 | -209.05 | | 64,450.00 | 100.0 | | 3,185.00 |
| 21. | FIRE SPRINKLER SYS | 50,400.00 | 28,040.50 | 22,359.50 | | 50,400.00 | 100.0 | | 1,386.00 |
| 220500 | PLUMBING | 149,800.00 | 138,679.96 | 11,120.04 | | 149,800.00 | 100.0 | | 6,897.27 |
| 230500 | HVAC | 60,963.00 | 62,620.00 | -1,657.00 | | 60,963.00 | 100.0 | | 3,131.00 |
| 236200 | PKG CONDENSING UNITS | 19,904.13 | 17,426.44 | 2,477.69 | | 19,904.13 | 100.0 | | 91.75 |
| 260500 | ELECTRICAL | 144,200.00 | 111,391.59 | 32,808.41 | | 144,200.00 | 100.0 | | 5,520.00 |

Jansen Construction Company
of Utah
418 Beavercreek Rd., Suite 104
Oregon City, OR  97045
(503) 607-1700   Fax (503) 607-1701

| | |
|---|---|
| INVOICE #: | 80911 |
| INVOICE DATE: | 08/31/09 |
| PERIOD TO: | 08/31/09 |
| APPLICATION #: | 11 |
| CONTRACT DATE: | 09/18/08 |
| DUE DATE: | 09/15/09 |
| PAGE: | 2 |

BILL TO: 001
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

JOB: 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

### <<<< This Application >>>>

| CODE | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATIONS | CURRENT COMPLETED | STORED MATERIALS | TOTAL COMPLETED | % COMPL | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 312300 | EXCAVATION & FILL | 100,971.60 | 63,490.42 | 37,481.18 | | 100,971.60 | 100.0 | | 2,779.00 |
| 321313 | CONC SIDEWALKS/PAVE | 2,590.77 | 5,454.06 | -2,863.29 | | 2,590.77 | 100.0 | | 258.00 |
| 329000 | PLANTING | 15,000.00 | 13,535.00 | 1,465.00 | | 15,000.00 | 100.0 | | |
| | TOTALS: | 1851,850.64 | 1648,922.72 | 202,927.92 | 0.00 | 1851,850.64 | 100.0 | 0.00 | 54,141.72 |
| | | | | | | | | | |
| C001 | Paint Exterior | 17,638.50 | 17,638.50 | | | 17,638.50 | 100.0 | | 830.15 |
| C005 | Elect Lock Controler | 1,806.93 | 1,806.93 | | | 1,806.93 | 100.0 | | |
| C006 | Add bath and storage | 10,784.00 | 10,784.00 | | | 10,784.00 | 100.0 | | 423.60 |
| C007 | Carpet Existing | 2,200.00 | 2,200.00 | | | 2,200.00 | 100.0 | | |
| C008 | Pool Permit Fee | 733.31 | 733.31 | | | 733.31 | 100.0 | | |
| C009 | Costs Savings Credit | -101,463.96 | | -101,463.96 | | -101,463.96 | 100.0 | | |
| | TOTALS: | 1783,549.42 | 1682,085.46 | 101,463.96 | 0.00 | 1783,549.42 | 100.0 | 0.00 | 55,395.47 |

| | | | |
|---|---|---|---|
| PREVIOUS RETAINAGE.......$ | 55,395.47 | ORIGINAL CONTRACT SUM..................$ | 1,851,850.64 |
| CURRENT BILLING..........$ | 101,463.96 | CHANGE BY CHANGE ORDER.................$ | -68,301.22 |
| NEW RETAINAGE............$ | 0.00 | CONTRACT SUM TO DATE...................$ | 1,783,549.42 |
| | | TOTAL COMPLETED & STORED TO DATE.......$ | 1,783,549.42 |
| CONTRACTOR: _[signature]_ DATE: 9/10/09 | | TOTAL RETAINAGE........................$ | 55,395.47 |
| | | TOTAL EARNED LESS RETAINAGE............$ | 1,728,153.95 |
| | | LESS PREVIOUS CERTIFICATES FOR PAYMENT..$ | 1,626,689.99 |
| ARCHITECT: _____   DATE: _____ | | | |
| | | CURRENT PAYMENT DUE....................$ | 101,463.96 |

**Thank you for your business!**

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR 97045
(503) 607-1700  Fax (503) 607-1701

CUSTOMER #: 001
INVOICE #: 80912
INVOICE DATE: 08/31/09
DUE DATE: 09/15/09

**BILL TO:**
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT 84601

**JOB:** 809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT 84606

| JOB # | CODE | DESCRIPTION | RETENTION BALANCE | RETENTION % | RETENTION DUE AMOUNT |
|---|---|---|---|---|---|
| | | Retention billed. | | | |
| 809 | 011000 | GENERAL REQUIREMENTS | 7,602.20 | 100.0 | 7,602.20 |
| 809 | 024000 | DEMO/STRUCTURE MOVE | 734.75 | 100.0 | 734.75 |
| 809 | 033000 | CAST-IN-PLACE CONCRT | 1,926.50 | 100.0 | 1,926.50 |
| 809 | 035413 | GYPSUM CEMENT UNDERL | 425.00 | 100.0 | 425.00 |
| 809 | 055200 | METAL RAILINGS | 49.50 | 100.0 | 49.50 |
| 809 | 061000 | ROUGH CARPENTRY | 6,745.24 | 100.0 | 6,745.24 |
| 809 | 062200 | MILLWORK | 73.00 | 100.0 | 73.00 |
| 809 | 066113 | CULTURED MARBLE FABR | 1,151.20 | 100.0 | 1,151.20 |
| 809 | 072100 | THERMAL INSULATION | 704.90 | 100.0 | 704.90 |
| 809 | 072400 | EXT INSUL/FINISH SYS | 2,029.50 | 100.0 | 2,029.50 |
| 809 | 073113 | ASPHALT SHINGLE ROOF | 767.75 | 100.0 | 767.75 |
| 809 | 078400 | FIRESTOPPING | 37.25 | 100.0 | 37.25 |
| 809 | 081000 | DOORS & FRAMES | 280.25 | 100.0 | 280.25 |
| 809 | 084000 | ENTRANCES/STOREFRONT | 996.68 | 100.0 | 996.68 |
| 809 | 085000 | WINDOWS | 61.50 | 100.0 | 61.50 |
| 809 | 087400 | CARD KEY ACCESS HARD | 6.00 | 100.0 | 6.00 |
| 809 | 092116 | GYPSUM BOARD ASSEMBL | 3,749.63 | 100.0 | 3,749.63 |
| 809 | 096800 | CARPETING | 855.00 | 100.0 | 855.00 |
| 809 | 097216 | VINYL WALL COVERING | 438.07 | 100.0 | 438.07 |
| 809 | 099100 | PAINTING | 1,037.78 | 100.0 | 1,037.78 |
| 809 | 102816 | BATH ACCESSORIES | 187.75 | 100.0 | 187.75 |
| 809 | 123640 | STONE COUNTERTOPS | 917.00 | 100.0 | 917.00 |
| 809 | 125400 | HOSPITALITY FURNITUR | 117.25 | 100.0 | 117.25 |
| 809 | 131100 | SWIMMING POOLS | 3,185.00 | 100.0 | 3,185.00 |
| 809 | 211300 | FIRE SPRINKLER SYS | 1,386.00 | 100.0 | 1,386.00 |
| 809 | 220500 | PLUMBING | 6,897.27 | 100.0 | 6,897.27 |
| 809 | 230500 | HVAC | 3,131.00 | 100.0 | 3,131.00 |
| 809 | 236200 | PKG CONDENSING UNITS | 91.75 | 100.0 | 91.75 |
| 809 | 260500 | ELECTRICAL | 5,520.00 | 100.0 | 5,520.00 |
| 809 | 312300 | EXCAVATION & FILL | 2,779.00 | 100.0 | 2,779.00 |

**Jansen Construction Company of Utah**
418 Beavercreek Rd., Suite 104
Oregon City, OR  97045
(503) 607-1700   Fax (503) 607-1701

CUSTOMER #: 001
INVOICE #: 80912
INVOICE DATE: 08/31/09
DUE DATE: 09/15/09
PAGE:  2

**BILL TO:**
Gary Patel
La Quinta Inn
1460 S. University Avenue
Provo, UT  84601

**JOB:**  809
Provo Sleep Inn Addition
1505 South 40 East
Provo, UT  84606

| JOB # | CODE | DESCRIPTION | RETENTION BALANCE | RETENTION % | RETENTION DUE AMOUNT |
|---|---|---|---|---|---|
| 809 | 321313 | CONC SIDEWALKS/PAVE | 258.00 | 100.0 | 258.00 |
| 809 | C001 | Paint Exterior | 830.15 | 100.0 | 830.15 |
| 809 | C006 | Add bath and storage | 423.60 | 100.0 | 423.60 |
| | | | **RETENTION DUE:** | | 55,395.47 |

## Thank you for your business!